Robert W. Freeman
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA ABAD TREJO, an individual; REYES VILLAMAR-ORTIZ, an individual; | CASE NO. 2:22-cv-00754-EJY |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign business entity; DOES I through X, and ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

93963174.1

Pursuant to LR 7-1, Plaintiffs and Defendant, through their respective counsel, stipulate that this action shall be dismissed in its entirety, with prejudice, with each party to bear his/her/its own attorneys' fees and costs.

| | |
|---|---|
| DATED this 27th day of April, 2023 | DATED this 27th day of April, 2023 |
| LEWIS BRISBOIS BISGAARD & SMITH | D.R. PATTI & ASSOCIATES |
| /s/ *Jeffrey D. Olster*<br>Robert W. Freeman<br>Nevada Bar No. 3062<br>Jeffrey D. Olster<br>Nevada Bar No. 8864<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant*<br>*State Farm Mutual Automobile Insurance Company* | /s/ *Marc C. Naron*<br>Marc C. Naron<br>Nevada Bar No. 11665<br>720 S. Seventh Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs*<br>*Francisca Abad Trejo and Reyes Villamar-Ortiz* |

### **ORDER**

IT IS SO ORDERED.

DATED this 27th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

93963174.1

2